1046

No. 82–6196.   TABARES ET AL. *v.* UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 82–6207.   ESTRADA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6212.   GIBSON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6215.   WILSON *v.* ROSE, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–6220.   COLLINS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6224.   ANTONELLI *v.* KUNEV ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–6235.   ROWE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–6243.   WILLIAMS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6251.   RIDDLE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6252.   SHEELEY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–6259.   GOLDEN *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 82–6261.   WILLIAMS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–6271.   KEVAL *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. D. C. Cir. Certiorari denied.